**Order entered January 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01455-CR
No. 05-12-01456-CR

**BRYAN BAUM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court
Rockwall County, Texas
Trial Court Cause Nos. 2-12-213, 2-12-214**

## ORDER

The Court **GRANTS** court reporter Mary Ann Gilbert's January 9, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Gilbert to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE